FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0075

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0075

BOBBY FRANCIS LOWRY V.,

Petitioner,

v.

CAPTAIN BRAGG,

Respondent.

**ORDER**

Upon consideration of the motion for extension of time filed by Montana Department of Corrections on behalf of itself and the Lewis and Clark County Detention Center and its employee, Captain Bragg, and good cause appearing,

IT IS HEREBY ORDERED that the Respondent is granted an extension of time to and including April 11, 2022, within which to prepare, serve, and file a response brief to the Petition for a Writ of Mandate.

DATED this ___ day of _____, 2022.

_____
JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2022